UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY N. HATTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-02609-SEB-MPB |
| MARK SEVIER,<br>INDIANA DEPARTMENT OF CORRECTIONS<br>DIVISION OF MEDICAL AND CLINICAL<br>HEALTH CARE SERVICES,<br>WEXFORD HEALTH SERVICES,<br>ERICK FALCONER,<br>DIANNA JOHNSON,<br>SHELLY JACOBS,<br>JUDY K. SWAIN,<br>X-RAY TECHNICIAN,<br>KARISSA SMITH,<br>LORRI DELK, | ) |
| Defendants. | ) |

**Final Judgment**

The Court now enters FINAL JUDGMENT.

All claims against Defendants Mark Sevier, Indiana Department of Corrections Division of Medical and Clinical Health Care Services, Wexford Health Services, and X-Ray Technician are dismissed for failure to state a claim. 28 U.S.C. § 1915A.

Judgment is entered in favor of Defendants Erick Falconer, Dianna Johnson, Shelly Jacobs, Judy Swain, Karissa Smith, and Lorri Delk.

The plaintiff shall take nothing by his complaint and this action is terminated.

Date: 8/31/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY N. HATTON
231193
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Andrew J. Sickmann
BOSTON BEVER KLINGE CROSS & CHIDESTER
ajsickmann@bbfcslaw.com